IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

    Plaintiff,                   No. CIV S-03-0329 GEB KJM P

  vs.

K. NICHOLS, et al.,

    Defendants.                ORDER

_____/

        On June 28, 2005, plaintiff filed a request for reconsideration of the Magistrate Judge's May 11, 2005 order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of May 11, 2005 is therefore untimely.

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's
2  June 28, 2005 request for reconsideration is denied.
3  Dated:  August 15, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge