BILL LOCKYER, Attorney General
 of the State of California
DARRYL L. DOKE, Lead
 Supervising Deputy Attorney General
WILLIAM A. KRABBENHOFT, SBN: 119197
 Deputy Attorney General
1300 I Street, P.O. Box 944255
Sacramento, California 94244-2550
Telephone:   (916) 324-5334
Facsimile:   (916) 322-8288

Attorneys for Defendants
K. Nichols and S. Strickland

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KENNETH ALLEN NEIGHBORS, | CASE NO. CIV-S-03-0329 GEB KJM P |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER** |
| v. | |
| K. NICHOLS, et al., | |
| Defendants. | |

IT IS HEREBY stipulated by and between the parties to this action that the above captioned action can be and is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1).  This stipulated dismissal is entered into freely and voluntarily by plaintiff Kenneth Neighbors, acting in pro se, and by defendants K. Nichols and S. Strickland, acting through their attorney, Deputy Attorney General William A. Krabbenhoft.  The stipulated dismissal is being filed in light of the parties' agreement to provide plaintiff, at no cost, with copies of certain documents in his 1985 and 1995

/ / /

/ / /

/ / /

/ / /

1

criminal files as set forth in the Full and Final Release executed by plaintiff. Each side agrees to bear their own costs and attorney fees associated with this lawsuit.

Dated: ~~April~~ May __9__ , 2006

/s/ KENNETH NEIGHBORS

KENNETH NEIGHBORS, Plaintiff

Dated: 4-20-06

BILL LOCKYER, Attorney General
  of the State of California
DARRYL L. DOKE, Lead
  Supervising Deputy Attorney General

/S/ WILLIAM A. KRABBENHOFT

WILLIAM A. KRABBENHOFT
Deputy Attorney General

Attorneys for Defendants

## ORDER

In light of the foregoing, having reviewed the filed stipulation bearing the original signatures of the parties, and finding good cause therefor, IT IS SO ORDERED.

Dated: May 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

neig0329.dis.wpd